IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 4:21-cv-145-BO

| | |
|---|---|
| MELANIE WADE AND LARRY WADE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSAL PROPERTY & ) <br> CASUALTY INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) <br> ) | **ORDER GRANTING** <br> **JOINT MOTION TO STAY** <br> **PENDING APPRAISAL** |

Upon consideration of the parties' Joint Motion to Stay Pending Appraisal, and the entire record, it is:

**ORDERED** that the Joint Motion to Stay Pending is **GRANTED**.

SO ORDERED. This _6_ day of October, 2021.

TERRENCE W. BOYLE
United States District Judge